TO: UNITED STATES COURT
NORTHERN DISTRICT OF OKLA.

JUDGE KERN,                    08CV617

I AM SUFFERING BIZZARE AND CARELESS BEHAVIOUR BY MY LEGAL TEAM. THESE ACTIONS ARE BEING PLAYED OUT IN FRONT OF MANY WITNESSES. SARAH JERNIGAN AND PATTI GHEZZI ARE MAKING PROMISES TOWARD MY CASE, THE VIEWING OF THE REPORT, PHONE CALL ACCESS, VISITATION, AND BLATANTLY BETRAYING ME WITH BOLD AND CARELESS NEGLECT.

HOWEVER, I HAVE THE ATTORNEY GENERAL ASKING ME TO SIGN PAPERS THEY WOULD NOT ANSWER THE PHONE, SO I SIGNED THEM JUST TO SPITE THEIR CRUELTY.

THEY ARE PREJUDICING AGAINST ME ON THE PHONE, RESTRICTING MY CALLS AND MONTE TESTE, LYING TELLING ME IT IS UNIVERSALLY APPLIED.

SARAH JERNIGAN HAD TOLD ME SHE WOULD VISIT ME ON THE 30TH OF AUGUST, BUT INSTEAD

CALLED MRS. DONALD GRANT — NOT HER CLIENT. THEY ARE DISPLAYING THE PRECISE BEHAVIOUR THAT WAS PUT FORTH WHEN SHE WAS HAVING A SEXUAL AFFAIR WITH RICK SMITH.

CONFIRMATION ON THAT ALLEGATION HAS BEEN PROVIDED BY A STAFF MEMBER. THIS SITUATION IS A SERIOUS BREECH OF ETHICS. THEY ALSO HAVE TOLD OTHER INMATES ABOUT MY DIAGNOSIS.

I AM ASKING THIS COURT FOR THE RIGHT TO PRESENT MY OWN DEFENSE AT THE HEARING. TO CALL WITNESSES AND SUBPEONA EVIDENCE. THESE AGENTS ARE CORRUPT. IF YOU FAIL TO RESPOND WE, I WILL FILE IN THE 10TH CIRCUT SOON. I WILL WAIT FOR 2 WEEKS

WADE LAY