08-cv-617-TCK-PJC

RECEIVED
FEB 2 2012
Phil Lombardi, Clerk
U.S. DISTRICT COURT

## To the Judges of the Federal District Court

It is incumbent upon me to place on the record the events that have occurred in the past few months. It is the severity of their nature that obligates me to make the record clear.

On January 6, 2012, O.S.P. confiscated all of my property except my bedding. They did this without any charges, or a write-up, without any kind of notification from a case manager or staff, as to any description of a charge, without an investigation, without a hearing or chance for appeal. All my legal preparations and research materials has been removed.

These important items were confiscated as a result of a conversation that I had with the in-house mental health specialist, Bruce White. I had spoken to Mr. White in an attempt to bring about reconciliation with my attorneys, as I had previously spoken to him about my present condition. Patti Ghezzi had placed restrictions on me that no other of her clients is made to endure—she had restricted my phone calls and refused to meet with me in the attorney/client room, forcing me to meet in the regular visitation area. This, she claims, is due to my supposed anger and allegations. Yet, my anger was induced by her refusal to allow me to read and understand the evaluation report, and the allegations have been a product not of any mental disorder, but in response to claims coming from out of their own office members, and also a product of suspicion due to the type of behavior described within this pleading, by agents of O.S.P. and my own attorneys.

Bruce White has made comments about information he could only possess from Patti Ghezzi of one of the other members of my legal team, as the Warden supposedly showed concern for Patti's restriction. So it seems apparent that collaboration has taken place without my knowledge. What is alarming is that all of this hostility from select inmates and Keith Sherwood (Case Manager) comes directly following my grievance to the administrative staff notifying them that I thought it was inappropriate for the Federal Public Defenders Office to place prejudice upon me, causing me greater pain and suffering fueling the fires of these particular inmates, of whom I postulated were acting out of loyalty to the ladies at the Federal Public Defenders Office, and that I was convinced some kind of association between Patti Ghezzi and Sarah Jernigan had taken place to allow Rick Smith to remain on death row in order to see Sarah Jernigan. That my desire to file a law suit based on that premise was the cause of

their hostilities, as some of them (inmates) had received sexual favors from the ladies at the Federal Public Defenders Office.

Judge    , if these claims are false, why am I being attacked by all three parties involved? If my observations are the product of a mental disorder, as Patti Ghezzi claims, why is Mrs. Ghezzi withholding from me a copy of the psychological evaluation? Why has all of my legal property and papers been taken on false charges, without a write-up, without investigation, without a hearing? By the very people that I am accusing of keeping Rick Smith on death row contrary to protocol, I am now being attacked. Why have these inmates who have close association with Sarah Jernigan been allowed to assault me contrary to policy for the past 16 months—precisely the amount of time that I have been questioning the attorneys about Rick Smith?

It is my desire, Judge    , to discuss these issues with Sarah Jernigan and Anna Write, the two members on my legal team with who I have spent 90% of attorney/client time. Anna, I believe, is trustworthy; Sarah is difficult to trust. I have exhibited the desire to trust her and believe her denials about the things of which I have accused her. Yet, Patti Ghezzi will not allow me to meet with them. Instead, she is forcing me to meet with her and Sussana Ghittano, with whom I have spent no time. For Mrs. Ghezzi, I have absolutely no trust.

I am left with no alternative. I am forced to deal with the Attorney General without the presence of counsel. I cannot accept counsel (advice) from someone who constantly lies to me. A recent instance of her penchant for obfuscating the truth concerns the restrictions she has placed on me with regard to phone calls. Mrs. Ghezzi claims that my observations about the office's prejudices and favor with the phone are a product of my mental illness. Yet, I have verification that the Federal Public Defenders Office has allowed certain privileged inmates a one hour-line, and allows them three hours of phone time a week. However, the restrictions that have been put in place limit me to 30 minutes with Sarah Jernigan and 60 minutes with either Anna Wright or Patti Ghezzi. A further inequity is seen in the fact that Sarah Jernigan spends three times as much time with inmates who are not her clients; yet, if I asked to talk to someone who is not on my case, I am told no.

I am forced to seek the assistance of those who wish to kill me—the Attorney General's office—just to step away from such malicious neglect and cruelty. All of these facts are true and

accurate. Will you continue to ignore the lawlessness and unethical abuse I endure from these profligate attorneys?

I have expressed in letters and in phone calls, to both O.S.P. and the Federal Public Defenders Office, a willingness to meet with Sarah Jernigan and Anna Wright to rectify these doubts. "If I am wrong, help me to see it and understand," that is my plea. But Patti Ghezzi has no desire to alleviate my doubt. She continues to attack me with prejudice and punishment. She favors others and leaves me to my own efforts against the State.

Since I am, in effect, without counsel now, I ask again: may I be allowed to speak in defense of my mental faculties and the evaluation hearing? If not, I am forced into the only play left to me—to file a law suit.

You must understand, I do not want to go through that process. If I was given some sort of respectable response, if Patti would stop the restrictions and prejudice, I have always said, I will cooperate. However, all of my attempts at reconciliation on the grounds that I am sane have met with no response. Their claims about some mental disorder are completely negated by their own decisions. How can I be expected to cooperate with an attorney who forces me to capitulate with lies and deception, neglect and prejudice? Will you appoint a new lead counsel or am I forced to act on my own in the circumstances that demand suspicion and resistance?

If I am wrong about Richard Smith, instruct my attorneys to allow communication, not stifle it. If I am wrong, instruct them to question the Warden at McAlester about the removal of all my property. Remove the doubt by coming to my aid; defend my rights. Till now, I have seen nothing but the opposite of that, I have seen Mrs. Ghezzi doing the same thing that O.S.P. is doing: punishing me when I have done nothing wrong.

Consider this: if I am paranoid and mentally ill, the accusations by me should be an expected behavior pattern. Why then am I punished? There is a solecism in the logic that says first, "He is ill," (an illness being a state for which I have no choice), and then says, "We must punish him for the inevitable and anticipated results of said illness." Mrs. Ghezzi restricting me to the visitation area has caused me more mental anguish than any other thing. It causes these psychotic inmates to ridicule and torment me even more.

In conclusion, Your Honors, the inaction of Judge Kern, the corruption of O.S.P., the animosity and cruelty of the Federal Public Defenders Office, my hope is to embrace the

Attorney General, maintain my legal rights and beg this court to stop my appeals. I'm tired of being a slave. Let me die!

It is not irrational to make this last request. I am confined now with no property, nothing to read, no outside information, and I have committed no offense, nor even been charged with any process of culpability that can be verified or refuted. Why?

Signed before me on 1-30-12.

Sincerely,

Wade Lay

[Notary seal: CLEVELAND E. SWEET, NOTARY, #10010131, EXP. 12/06/14, STATE OF OKLAHOMA, PUBLIC]

ADDENDUM:

JUSTICE KAUGER, AS CHIEF JUDGE I WISH TO ASK YOU, IF YOU WERE STRIPPED OF ALL YOU, NOT ONLY LOVE AND HOLD DEAR BUT ALSO SACRED, IF UNJUSTLY THOSE SACRED AND BEAUTIFUL THINGS WERE NOT ONLY TAKEN FROM YOU TANGIBLY, BUT ALSO AS PATTI GHEZZI HAS DONE – TO REMOVE THE UTTERANCE OF ALL THAT YOU ARE, THE ESSENCE OF YOUR BEING, – WHAT PLATO CALLED ONES OUSIA. THAT IS GREEK, THE ENGLISH EQUIVALENT OF GOD SAYING TO MOSES I AM! WOULD YOU NOT FEEL A HOPELESSNESS?

PATTI G. – SHE HAS REMOVED MY LIBERTY OF EXPRESSION. I BEG THIS COURT, PLEASE, IN THE NAME OF JUSTICE AND THE AMERICAN SPIRIT OF LIBERTY, ALLOW ME A COPY OF THE REPORT, AND THE OPPORTUNITY TO SPEAK AT THE HEARING TO DEFEND MY OWN MENTAL COGNITION. THAT IS WHY I CAN HONESTLY SAY,

GIVE ME LIBERTY; OR GIVE ME DEATH!

PLEASE RESPOND TO PETITIONER:
WADE LAY #516263
OKLA. STATE PENITENTIARY

JUDGE EAGAN,

AS A SUPPLEMENTAL COMMENT, I DO NOT WISH TO DIE. EXTREME FRUSTRATION IS THE CAUSE FOR SUCH COMMENTS.

I AM NOT A LAWYER; I AM AN INMATE. A LAWYER REPRESENTING SOMEONE DOES NOT FEEL THE REALITY OF SUCH DESPERATION, STRICKEN BY THIS HELPLESSNESS. ALL THAT I HAVE SITS IN MY LAP JUST NOW. THE FEDERALIST PAPERS AND THE DEBATES AT CONVENTION AND THE CONSTITUTION OF THE UNITED STATES, ATOP A PILLOW AS I SIT CHISELING AWAY AT THIS PERFECT SCULPTURE I HAVE GIVEN MY LIFE TO.

IT DAWNS ON ME THAT THE ONLY THING THE COURT WILL RESPOND TO IS A LAW-SUIT. AND SO THAT IS THE COURSE I HAVE DIRECTED MY CHILDREN TO IMPLEMENT. I HAVE PUT THE SUBSTANCE OF IT INTO THEIR CARE NOW AS IT IS VERY PROBABLE I WILL SOON BE INCAPACITATED AS I WAS IN MARCH THROUGH JUNE OF 2010.

THE CORRUPTION I HAVE UNVIELED WILL NOT GO UNCHALLENGED. AND I AM SORRY TO SAY PATTI GIEZZI SEEMS TO BE AN INTRICAL PART OF IT.

THE LETTER SENT THE 25TH OF THIS

MONTH DESCRIBES THE LUDICROUS STIPULATION PLACED UPON ME BY PATTI GHEZZI, THAT I NOT PESTER SARAH JERNIGAN TO HOLD MY HAND. A CONDITION ENJOINED TO THE LEGAL CONVENTION ANTICIPATED AND RELIED UPON BY A CLIENT. THE TRUTH IS MRS. GHEZZI HAS DISPLACED HERSELF AS ANY AUTHORITY OR COUNSEL WITH SUCH IMPROPER RELATION AS THIS. IT IS A NON-ISSUE! THE FACTS ARE, THE ALLEGATIONS ARE A RESULT OF THEIR OWN OFFICE. THE FORMER EMPLOYEE (ADRIAN BRAILEY) AND THEIR SUSPICIOUS HANDLING OF HER INFORMATION. SUSAN OTTO'S SILENCE, PATTI GHEZZI'S LIES. THE ONLY PRODUCTIVE RELATIONSHIP HAS BEEN BETWEEN ANNA WRIGHT, SARAH JERNIGAN AND MYSELF, YET PATTI GHEZZI LABORS TO DESTROY THAT COMMUNION.

I HAVE BEEN FORTHCOMING, HONEST, AND FROM THE START PURSUANT OF A PROPER CONSTITUTIONAL APPEAL, WHICH IS MY RIGHT. ALL THIS DEMOLITION IS A PRODUCT OF PATTI GHEZZI'S OBSESSIVE NEED TO CONTROL AT ALL COST.

ONCE AGAIN, I AM FORCED TO BEG THIS COURT WITH A WRIT OF MANDAMUS, OR A

3

Request to this court to issue such a writ, to secure the recorded visitation on January 20th 2012, from Oklahoma State Penitentiary at or around 2:30 PM until 3:45 PM or as late as 4:00 PM. To prove to this court and to the people of this state the absolute impropriety of such demands. If such physical contact was a problem, if Wade Lay is, and has been such a nuisance, why is it that it is Wade Lay, the Petitioner who is the only party that has formally complained to O.S.P. with a formal grievance about the sexual misconduct of the ladies from the Federal Public Defenders office.

To:
1. Sgt. Christmen - day shift supervisor, officer in charge on Sunday thru Wednesday.
2. Unit Manager William Taylor
3. Psychologist - Brock White
4. Sgt. Macatsee - off. in charge evening shift. The facts and Justice Eagan, the contact between myself and Sarah Jernigan has been minimal, appropriate, and

4

non-existent for sometime. That reality is displayed at the January 20th meeting as I question Sarah Jernigan about the ridiculous ultimatum.

The truth is, I am fond of Miss Jernigan, but she understands my confinement, the natural emotion, and our comradary is the only association conducive toward abeyance.

Patti Culezzi has twisted and distorted an open and honest relationship to bypass the congested state of deception and confusion she has manufactured by her universal manipulations. Adrian Brailey, Wade Loy, Sarah Jernigan and Anna Wright have all been victims a part of her wreckage.

Sarah and Anna remain loyal to the office, it is conducive to their livelihood. I proclaim boldly, "If the allegations are true allow all parties at their office to join in a conference call with me," but Patti would not cooperate with such forthcoming honesty.

If they are false, and Adrian is a liar I said "Let that be discussed with Susan

5

OTTO, "BUT THAT WAS AVOIDED. AND THE MORE I PRESSURED SUCH OPENNESS. AS I ASKED RANDY BEAUMAN AROUND OCTOBER 20TH, "WHY HAS NOONE EXPLAINED TO ME SARAH TRUNIGAN'S 12 VISITS TO O.S.P. IN 120 DAYS TO WADE LAY THE PETITIONER FROM MARCH 1ST TO JUNE 25TH, ~~XXXXX~~ 2010, EVEN THOUGH SHE WAS NOT ON MY CASE UNTIL JULY 13TH 2010?"

JUDGE TEAGAN, THE NEXT TIME I SPOKE TO THEIR OFFICE BY PHONE, THE RESTRICTION WAS INDUCED. JUST LIKE O.S.P., WHEN A LOGICAL QUESTION IS RAISED, THEY ATTACK AND PUNISH! THEY ACT GUILTY—

WADE LAY SEEKS AN HONEST DIALOGUE. AND YET THESE TWO PARTIES HAVING NOTHING TO FEAR FROM ME, ASSAULT, AND ABUSE, AND MAKE DEMANDS WHICH ARE NONSENSICAL. IF YOU HAD A CLERK MOLESTING YOUR STAFF, WOULD YOU NOT DEAL WITH IT OPENLY? I HAVE WITH MY COMPLAINTS. OR WOULD YOU MAKE UNDER THE TABLE CONCESSIONS TO ACHIEVE PREORDAINED PRINCIPLES

already concerned? Patti did not go to security, because she knew I had already appealed to the proper channels. Patti did not utilize such proper methods because she uses the very prohibition as a means with other inmates to accomplish her ends. It is a well accepted maxim, that, someone who will use leveraging in the negative sense, has, and will use it in the positive. That is evidenced by this rediculous letter from the attorney general (enclosed).

Someone from this institution called the A.G. because I wrote the A.G. a letter 2 to 3 months ago informing Scott Pruitt that they have a responsibility as elected officials of this state, to preform an executive duty to administer justice. That when the essence of a state institution and agency is so corrupted by personal gain and self interest by its agents, circumventing the very purpose of its creation, the tax-payers have a right to be informed of the

CORRUPTION.

I DID NOT ASK FOR ADVICE OR REPRESENTATION. THIS LETTER IS A RESULT OF GOSSIP, AND THAT CHATTER IS DUE TO A RESTLESSNESS THAT ATTACHES ITSELF TO MIS-CONDUCT. JUDGE EAGAN, I HAVE NOTHING TO HIDE, AND YOU KNOW THAT WHEN HONEST INDIVIDUALS STIR UP THE POT, THOSE HAVING SOMETHING TO HIDE GET NERVOUS.

ALL OF THIS ACTIVITY DIRECTLY FOLLOWED MY INQUIRY'S INTO THE CAUSE OF RICHARD SMITH'S PROTRACTED STAY ON DEATH ROW, CONCURRENT WITH SARAH JERNIGAN'S INORDINATE AMOUNT OF VISITS TO AN INMATE SHE WAS NOT LEGALLY OBLIGATED TO. TWELVE VISITS IN 100 DAYS ALL 45-60 MINUTES IN DURATION. THEN THE PETITIONER BELIEVING MISS JERNIGAN WAS HIS ATTORNEY WAS TAKEN BACK INTO A HOLE, UNABLE TO STATE THE SUCCEEDING OR PRECEEDING ACTIVITY.

SO INSTEAD OF EXPLAINATIONS I GET MY PROPERTY TAKEN WITHOUT A HEARING, CHARGES OR INVESTIGATION. I

8

GATE RESTRICTIONS, REMOVAL OF ATTORNEY VISITATION, INAPPROPRIATE AND FLUXUATING DEMANDS.

I could say I'm not a genious, but I can see something is amiss, and to the average man it would apply. But Justice Eagan, I am a genious and I know something is amiss, however I am not mentally ill, that is a ruse. A sacrificial acquiescence of the truth, amiable to their conscious, because after all they're life-savers!

And if the regular effect is achieved by this letter and it is followed by more abusive derision and neglect resulting in an enviroment that continues to keep from clarity. - The mental evaluation report - all of this information and pleadings are safely in the hands of family. And a law suit will be filed. Will you respond with justice? Order the attorney's to meet with their client confidentially and allow the petitioner to view the report from U.S.M.C.F.P.

9

WITH SINCERITY AND A PERSISTANT TRIAL FOR A CONSTITUTIONAL WRIT, I CONCLUDE WITH SALUTATIONS AND RESPECT.

Thank you

Signed before me on 1-30-12.



OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA

January 18, 2012

Wade Lay #516263
Oklahoma State Penitentiary
P.O. Box 97
McAlester, OK 74501

Re:   Letter

Dear Mr. Lay,

As you may or may not know, the Office of the Attorney General functions as legal advisor and counselor to the State, the Legislature and various State boards, agencies and commissions. As such, this office is not authorized to represent or give advice to individual citizens.

OFFICE OF THE ATTORNEY GENERAL

313 N.E. 21st Street • Oklahoma City, OK 73105 • (405) 521-3921 • Fax: (405) 521-6246

recycled paper